UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL ANDERSON,

Defendant.

**INFORMATION**

23 Cr. (JPC)

23 CRIM 595

**COUNT ONE**
**(Conspiracy to Defraud the Internal Revenue Service)**

The United States Attorney charges:

1. From at least in or about 2012 through at least in or about 2020, in the Southern District of New York and elsewhere, MICHAEL ANDERSON, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to defraud the United States and an agency thereof, to wit, the Internal Revenue Service ("IRS").

2. It was a part and an object of the conspiracy that MICHAEL ANDERSON, the defendant, together with others known and unknown, willfully and knowingly would and did defraud the United States and the IRS for the purpose of impeding, impairing, obstructing, and defeating the lawful governmental functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, to wit, ANDERSON and others participated in a scheme to evade the assessment and payment of federal income taxes that each of them owed to the IRS from income they earned through their yoga business, Yoga to the People, and its affiliated entities (collectively, "YTTP"), including by various means, including, among others: (a) using business accounts to pay personal expenses; (b) using nominees to disguise their connection to various

entities which, in fact, were part of the YTTP enterprise and from which ANDERSON received unreported income; (c) accepting yoga students' payments in cash and paying YTTP employees in cash, without providing the required tax forms to the vast majority of employees; (d) discouraging a nominee "owner" from accepting payments from yoga students via credit card; and (e) failing to file with the IRS a U.S. Individual Income Tax Return, Form 1040, for each tax year between 2012 and 2020 on or about the date required by law, and failing to pay income tax to the IRS on each co-conspirator's, including ANDERSON's, taxable income, upon which taxable income, as each co-conspirator, including ANDERSON, knew, there was a substantial amount of tax due and owing to the United States of America.

## OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, MICHAEL ANDERSON, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. On various dates between 2012 and 2019, a co-conspirator not named as a defendant herein ("CC-1") directed YTTP subordinates, via text message and/or email, regarding scheduling, paying YTTP employees, paying YTTP expenses, counting YTTP proceeds, storing and concealing YTTP proceeds in CC-1's apartment in New York, New York, and depositing certain YTTP proceeds in specified bank accounts. For example, on or about January 14, 2014, CC-1 sent a text message to a YTTP employee instructing the employee to "deposit 3800 of guitar cash" -- which referred to funds collected from yoga classes, which were stored in a guitar case in CC-1's apartment in New York, New York -- into a YTTP bank account.

b. In or around June 2013, ANDERSON registered a YTTP entity, YTTP UWS LLC, which operated on the Upper West Side in New York, New York.

c. On or about November 5, 2013, CC-1 suggested, in a text message sent to a subordinate, that YTTP principally use a cash payroll to pay its employees -- a suggestion that CC-1's subordinate followed.

d. On or about April 13, 2013, a co-conspirator not named as a defendant herein ("CC-2") filed an IRS Form 4868, "Application for Automatic Extension of Time to File U.S. Individual Income Tax Return," with the IRS seeking an extension of time to file her individual tax return, but she never filed a return for that year or the following six years.

e. On or about January 2, 2014, ANDERSON sent an email to CC-1 and CC-2, providing them with incorporation information for a newly incorporated YTTP entity, Hot on Yoga CS LLC, including the EIN from the IRS.

f. On or about June 3, 2016, CC-2 sent an email to CC-1 entitled, "May 2016 Totals," which attached a spreadsheet entitled "May 2016 nyc totals." This spreadsheet included a list of yoga teachers, the number of yoga classes each had taught that month, and the respective amounts that they were each due in their "envelope," a reference to envelopes used to convey cash payments.

g. In or around fall 2019, ANDERSON opened a bank account for YTTP Queens LLC, and also submitted an IRS Form SS-4, Application for Employer Identification Number ("EIN"), to obtain an EIN for YTTP Queens LLC.

(Title 18, United States Code, Section 371.)

DAMIAN WILLIAMS
United States Attorney